```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02692
   THOMAS M BATTREALL
   MARY T BATTREALL                         CHAPTER 13

                                            JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-0204     SSN XXX-XX-8914
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/15/07 and confirmed on 06/27/07.

   2.  The case was converted to Chapter 7 after confirmation, 07/17/2008.

   3.  The Debtor paid a total of $   7392.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 13769.23 | .00 | 5237.81 |
| BECKET & LEE LLP | UNSECURED | 17854.09 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17973.15 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14089.78 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 19016.60 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9734.04 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9350.24 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 1914.56 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 11935.62 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 736.24 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8774.51 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15529.11 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13769.23 | .00 | 126907.94 | .00 | 140677.17 |
| PRINCIPAL PAID | 5237.81 | .00 | .00 | .00 | 5237.81 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 5237.81 | .00 | .00 | .00 | 5237.81 |

The Debtor's attorney, ROBERT V SCHALLER, was allowed $ 3000.00 and was paid $ 1181.00 direct and $ 1819.00 through the plan.

The Trustee received $ 335.19 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE